IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                          )
                                )
    ERIC & SABRINA SEUBERT,     )       No. 10 B 72069
                    Debtors     )

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming on to be heard on the Motion of U.S. Bank National Association due notice having been given, the Court having jurisdiction over the parties in the subject matter herein, and being fully advised in the premises;

IT IS HEREBY ORDERED THAT the automatic stay is modified to permit U.S. Bank National Association, its successors and/or assigns, to resume with its mortgage foreclosure litigation, Case No. 09 CH 1883, in order to foreclose on its collateral, the property commonly known as 109 Greenfield, Crystal Lake, Illinois. Rule 4001(a)(3) is not applicable and U.S. Bank National Association may immediately implement and enforce this order.

DATE: ___MAY 24 2010_____

                                    BANKRUPTCY JUDGE

Francis J. Pendergast, III
CROWLEY & LAMB, P.C.
350 North LaSalle Street
Suite 900
Chicago, Illinois  60654
(312) 670-6900

1